UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Aaron Thompson, <br> Plaintiff(s), <br><br> v. <br><br> Big Daddy Transport, Inc. and Kashmir Singh, <br> Defendant(s). | ) <br> ) <br> ) <br> ) Case No. 4:25-CV-00573 <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Angel Olvera__

(name and address of process server)

__1603 California Ave, #110__

__Bakersfield, CA 93304__

To serve: __Kashmir Singh__ in the

(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__08/18/2025__                                                                 __/s/ Brian M. Winebright__

(date)                                                                                   (attorney for Plaintiff)


(attorney for Defendant)